IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1713-GPG

**LAZARO AGUILAR;** Inmate No. 1480278,

    Plaintiff,

v.

**COLORADO STATE GOVERNOR**;
**COLORADO DEPARTMENT OF CORRECTIONS**; and
**COLORADO STATE PENITENTIARY**,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Motion for Admission of Documentary Evidence (ECF No. 33) is **GRANTED**.

Dated: December 21, 2015