IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1713-GPG

LAZARO AGUILAR; Inmate No. 1480278,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS; and
COLORADO STATE PENITENTIARY,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On February 1, 2016, Plaintiff filed a "Motion Petitioning Contempt Court" (ECF No. 21). However, this action was dismissed and the case closed pursuant to the Court's January 28, 2016 Order of Dismissal (ECF No. 19) and Judgment (ECF No. 20). Therefore, the "Motion Petitioning Contempt Court" is DENIED.

Dated:  March 1, 2016