IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01713-GPG

LAZARO AGUILAR,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS; and
COLORADO STATE PENETENTRY [sic],

    Defendants.

## MINUTE ORDER

ENTERED BY SENIOR DISTRICT JUDGE LEWIS T. BABCOCK

    On April 11, 2016, Plaintiff filed a "Request for Correction of Error to Bring Forth Civil Action No. 1:15-cv-01713-GPG Before the United States Court of Appeals for the Tenth Curcit" [sic] (ECF No. 23).  However, this action was dismissed and the case closed pursuant to the Court's January 28, 2016 Order of Dismissal (ECF No. 19) and Judgment (ECF No. 20).  Therefore, the "Request for Correction of Error . . ." (ECF No. 23) is DENIED.

Dated:  April 22, 2016